People of the State of Illinois ex rel. John S. Rusch, appellee, v. Harry Gustison et al., appellants. Gen. No. 40,253.

Heard in the second division of this court for the first district at the October term, 1938. Opinion filed December 13, 1938.

Lawrence Dowd and Mayer Goldberg, for appellants. Thomas J. Courtney, State's Attorney, for appellee; John F. Cashen, Jr., of counsel.

Mr. Justice Burke delivered the opinion of the court.